IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Webcon Vectors LLC,** | Case No. 1:25-cv-01792-PAE |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Kaltura, Inc.,** | |
| Defendant. | |

### Order Granting Plaintiff's Notice of Voluntary Dismissal Without Prejudice

The request to dismiss this matter without prejudice is hereby GRANTED.

SO ORDERED.

Dated: October 17, 2025
    New York, New York

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

1